

# Fourth Court of Appeals
## San Antonio, Texas

October 20, 2014

No. 04-13-00539-CV

Bretton Guy **DAWKINS**, Bradley Ken Dawkins, Jerry Howard Oxford and Sharon Ann Oxford,
Appellants

v.

Madelon **HYSAW**, Kathryn Hysaw Weaver, Michael and Cindy Burris Family Partnership III,
Ltd., Byron M. Burris, and Judith Ann Burris Dziuk,
Appellees

From the 81st Judicial District Court, Karnes County, Texas
Trial Court No. 12-05-00107-CVK
Honorable Donna S. Rayes, Judge Presiding

# O R D E R

Sitting:      Catherine Stone, Chief Justice
            Karen Angelini, Justice
            Sandee Bryan Marion, Justice
            Marialyn Barnard, Justice
            Rebeca C. Martinez, Justice
            Patricia O. Alvarez, Justice
            Luz Elena D. Chapa, Justice

The court has considered Appellees' motion for en banc reconsideration; the motion is DENIED. *See* TEX. R. APP. P. 49.7.

_____
Patricia O. Alvarez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 20th day of October, 2014.

_____
Keith E. Hottle
Clerk of Court